**UGI UTILITIES, INC., Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, Department of Transportation and Borough of West Reading, Appellees.**

Supreme Court of Pennsylvania.

Aug. 29, 2006.

## ORDER

PER CURIAM.

AND NOW, this 29th day of August, 2006, the above-captioned appeal is quashed as an appeal from a non-final order.

**Barry L. MELHORN, Respondent,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 30, 2006.

## ORDER

PER CURIAM.

AND NOW, this 30th day of August, 2006, the Petition for Allowance of Appeal is **GRANTED,** and the order of the Commonwealth Court is hereby **REVERSED.** *See McCray v. Pennsylvania Department of Corrections,* 582 Pa. 440, 872 A.2d 1127 (2005); *Gaito v. Pennsylvania Board of Probation and Parole,* 488 Pa. 397, 412 A.2d 568 (1980); 42 Pa.C.S. § 9760. Jurisdiction relinquished.

Justice SAYLOR notes his dissent.